MARY B. KIMBALL, Appellant, *v.* GARRA D. LESTER, Respondent, Interpleaded by the SUPREME LODGE KNIGHTS OF HONOR, Defendant.

*Kimball* v. *Lester*, 43 App. Div. 27, affirmed.
(Submitted April 30, 1901; decided May 14, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 1, 1899, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term and granting a new trial.

*Edward T. Durand* for appellant.

*Levant D. Lester* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.